JAN-17-2006 11:05  SICHENZIA ROSS FRIEDMAN  212 930 9724  P.14/15
JAN. 17. 2006  5:47PM  GESTERN, SAVAGE 212 980 5192  NO. 5289  P. 15
Case 1:05-cv-00202-PKL  Document 8  Filed 02/22/06  Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STERN & CO.,

                Plaintiff,

-against-

APPLIED DNA SCIENCES, INC.,

                Defendant.
-----------------------------------------------------------x

Case No. 05 CV 00202 (PKL)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPUATED AND AGREED, by and between the undersigned, the attorneys of record for the parties in the above-captioned action, that the above-captioned action may be discontinued, with prejudice, and without costs to either party as against the other.

Dated: New York, New York
       January __, 2006

LARRY KARS, P.C.

By: _____
    Larry Kars
101 East 52nd Street, 9th Floor
New York, New York 10022
(212) 752-9700 (tel.)
(212) 980-5192 (fax)

Attorneys for Plaintiff

SICHENZIA ROSS FRIEDMAN FERENCE, LLP

By: _____
    Christopher P. Milazzo (CM-9974)
1065 Avenue of the Americas, 21st Floor
New York, New York 10018
(212) 930-9700 (tel.)
(212) 930-9724 (fax)

Attorneys for Defendant

**ORDER OF DISMISSAL**

IT IS ORDERED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice.

SO ORDERED:

_____
Hon. Peter K. Leisure, U.S.D.J.